**CV 24-3736(JS) Weingrad v. Slingshot Enterprises Inc.**

# SCHEDULING ORDER

**DEADLINES & COURT APPEARANCES**

10/11/24 : Exchange of Rule 26(a)(1) disclosures

11/11/24 : Service of first interrogatories and document demands

12/13/24 : Responses to first interrogatories and document demands

12/27/24 : Motions to join new parties or amend the pleadings

**1/9/25 at 11:45 am:** Status conference in courtroom 820

2/13/25 : Completion of depositions

2/28/25 : Identification of case-in-chief experts and service of Rule 26 disclosures

3/28/25 : Identification of rebuttal experts and service of Rule 26 disclosures

5/2/25 : Commencement of summary judgment motion practice.

**6/11/25 at 10:15 am** Pretrial conference in courtroom 820


    SO ORDERED:
    **/s/ STEVEN I. LOCKE**
    Steven I. Locke, USMJ on 10/1/24