UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Leon Weingrad
v.
Slingshot Enterprises Inc.

2:24-cv-03736

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

-----------------------------------------------------------X

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Andrew Roman Perrong will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Perrong Law LLC and a member in good standing of the bar(s) of the State(s) of Pennsylvania, Oregon, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Leon Weingrad. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 11/15/2024

Signature of Movant
Firm Name Perrong Law LLC
Address 2657 Mount Carmel Avenue
Glenside, PA 19038
Email a@perronglaw.com
Phone 215-225-5529

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

Leon Weingrad

                      Plaintiff(s),

    v.

Slingshot Enterprises Inc.

                      Defendant(s).

-----------------------------------------------------------

2:24-cv-03736

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of PERRONG LAW LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA, OREGON.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 333687, 243320
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:24-cv-03736 for Plaintiff Leon Weingrad.

Date 11/15/24
Bucks County, PA

NOTARIZED [signature] 11/15/24

Commonwealth of Pennsylvania - Notary Seal
JORDAN K TANSIMORE - Notary Public
Bucks County
My Commission Expires December 5, 2026
Commission Number 1334472

Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529