

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Andrew Roman Perrong, Esq.**

#### DATE OF ADMISSION

**October 10, 2023**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 28, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk